TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-96-00028-CV






William Waters, Jr.; Juaniece Madden; W. H. Bauer, Sr.; Louise Bauer;


and W. H. Bauer, Jr., Appellants



v.



Calhoun County, Texas, Appellee







FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT


NO. 95-11140-A, HONORABLE PETER M. LOWRY, JUDGE PRESIDING








PER CURIAM


 The parties have filed a joint motion to reverse and remand to effectuate settlement
agreement modifying judgment. Because of the specificity of the proposed order and the
complexity of the issues, this Court finds that the interests of justice would be better served by
reversal and remand.

 We therefore reverse the trial-court judgment and remand the cause to the trial
court with instructions to enter judgment in accordance with the parties' settlement agreement.


Before Chief Justice Carroll, Justices Aboussie and Kidd

Reversed and Remanded on Joint Motion

Filed: June 5, 1996

Do Not Publish